## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Vanda Pharmaceuticals Inc.**

                    Plaintiff

                                            Case No.: 1:23-cv-01673-TSC

                    *vs.*

**Food and Drug Administration**

                    Defendant

### AFFIDAVIT OF SERVICE

I, Justin Cohen, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Certificate Rule LCvR 26.1; and Complaint Declaratory and Injunctive Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/09/2023 at 3:03 PM, I served United States Attorney for the District of Columbia c/o Civil Process Clerk with the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Certificate Rule LCvR 26.1; and Complaint Declaratory and Injunctive Relief with Exhibits at 601 D Street, NW, Washington, DC 20001 by serving Shadae Beaver, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia.

Shadae Beaver is described herein as:

Gender: Female    Race/Skin: Black    Age: 30    Weight: 150    Height: 5'8"    Hair: Black    Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

6/13/23

_____
Executed On

_____
Justin Cohen

Client Ref Number:108371-0010
Job #: 1619431

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Vanda Pharmaceuticals Inc.
_____
*Plaintiff*

v.

Food and Drug Administration
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.  23-1673

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

United States Attorney for the District of Columbia
501 3rd Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul W. Hughes
McDermott Will & Emery LLP
500 N. Capitol St. NW
Washington, DC 20001

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:  06/09/2023

/s/ Charles Briggs
_____
*Signature of Clerk or Deputy Clerk*